# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 734 |
| | : | |
| APPOINTMENT TO THE JUVENILE COURT PROCEDURAL RULES COMMITTEE | : : : | SUPREME COURT RULES DOCKET |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of April, 2017, the Honorable Alice Beck Dubow, Philadelphia, is hereby appointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years, commencing June 1, 2017.